No. 3,792.—JOHN I. KOSKIE, APPELLANT, *v.* ANACONDA
COPPER MIN. CO., RESPONDENT.

*Appeal from District Court of Cascade County; H. H. Ewing,
Judge.*

Decided July 3, 1917.

PER CURIAM.—The appeal in this cause is this day dismissed pursuant to stipulation of the parties.

*Mr. W. F. O'Leary,* for Appellant.

*Messrs. Stephenson, Cooper & Hooper,* for Respondent.

No. 4,061.—E. L. CHAPMAN, RESPONDENT, *v.* MILES J. CAVANAUGH, TRUSTEE, APPELLANT.

*Appeal from District Court, Silver Bow County; J. B. McClernan, Judge.*

Decided July 5, 1917.

PER CURIAM.—The appeal herein is, upon motion of respondent, dismissed.

*Mr. Miles J. Cavanaugh* and *J. A. Poore,* for Appellant.

*Mr. Jas. E. Murray,* for Respondent.